

April 20, 2022

**VIA CERTIFIED MAIL NO.:  7021 2720 0002 6281 8422 to CFO Dept. of Financial Services**

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**

#12487667

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines Street
Tallahassee, FL  32314

Office of the State Attorney
Ninth Judicial Circuit
Attn: State Attorney, Monique H. Worrell
415 N. Orange Avenue
Orlando, FL 32801

Florida Department of Law Enforcement
Attention:  General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

City of Winter Park
City Hall
401 South Park Avenue
Winter Park, FL 32789

City of Winter Park
Attention:  Mayor Phil Anderson
City Hall
401 South Park Avenue
Winter Park, FL 32789

| | |
|---|---|
| **CLAIMANT:** | **Mr. Daniel Patrick Knight**<br>**Date of Birth:** ████1983<br>**Date of Death:  02/19/2022**<br>**Social Security Number:** ███████ |
| **CONSORTIUM CLAIMANT:** | **Representative of Estate: Mellisa Ann Cruz**<br>**Date of Birth:** ████1959 |
| **DATE & TIME OF INCIDENT:** | **February 19, 2022, starting at 9:39 p.m. (EST)** |
| **PLACE OF INCIDENT:** | **Winter Park Events Center**<br>**1050 W. Morse Blvd.**<br>**Winter Park, FL 32789** |



To whom it may concern:

This letter is to inform you that our firm represents Mellisa Ann Cruz, Personal Representative of the Estate of Mr. Daniel Patrick Knight (deceased), with regard to her claims against the City of Winter Park, and is intended, pursuant to Chapter 768, Florida Statutes, as formal Notice of Intent to Initiate Litigation for wrongful death, physical injuries, psychological injuries, emotional distress, violation of Mr. Knights' civil rights, and for any other civil claim available to Mr. Knight.

On February 19, 2022, Mr. Knight attended a wedding and reception at the Winter Park Events Center located at 1050 W. Morse Boulevard, Winter Park, Florida, when he was tased by an officer of the Winter Park Police Department and then fatally shot by Winter Park Police Department Sergeant Kenton Talton. This officer's use of force was extremely excessive, unwarranted, and unnecessary.

Mr. Knight had exited the Winter Park Events Center and was confronted by members of the Winter Park Police Department at approximately 9:42 p.m. (EST). At 9:45 p.m. (EST), Mr. Knight was on the ground as members of the wedding party attempted to resuscitate him. Mr. Knight was unarmed and posed no threat of harm or danger to the Winter Park Police Officers on the scene. Mr. Knight was tased and then shot multiple times by Sergeant Talton. Mr. Knight died as a result of those gunshot wounds.

The actions of the Winter Park Police Department officers have caused irreparable damage to Mr. Knight and his family, including, but not limited to, physical injuries, emotional distress, and psychological injuries, for which he intends to file suit against the City of Winter Park and the Winter Park Police Department, in a court of competent jurisdiction.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 7th day of March 2022.**

*Farnita Saunders Hill*

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 W. Vine Street
Suite 1200
Lexington, KY 40507
Attorneys for Plaintiff



MORGAN & MORGAN
FORTHEPEOPLE.COM
313 North Monroe Street
Suite 401
Tallahassee, FL 32301

CERTIFIED MAIL

7021 2720 0002 6281 8422

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines Street
Tallahassee, FL 32314

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.co

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postmark Here
Postage
$
Total Postage and Fees
$
Sent To CFO DFS 4/20/22
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 2720 0002 6281 8422

# 12487467

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CFO
Dept. of Financial Services
State of FL
200 E. Gaines Street
Tallahassee, FL 32314

9590 9402 6484 0346 3908 25

2. Article Number (Transfer from service label)

7021 2720 0002 6281 8422

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addresse
B. Received by (Printed Name) C. Date of Deliver
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restrict Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receip

April 19, 2022

**VIA CERTIFIED MAIL NO.: 7021 2720 0002 6281 8415 to City of Winter Park**

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**

#12487667

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines Street
Tallahassee, FL 32314

Office of the State Attorney
Ninth Judicial Circuit
Attn: State Attorney, Monique H. Worrell
415 N. Orange Avenue
Orlando, FL 32801

Florida Department of Law Enforcement
Attention: General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

City of Winter Park
City Hall
401 South Park Avenue
Winter Park, FL 32789

City of Winter Park
Attention: Mayor Phil Anderson
City Hall
401 South Park Avenue
Winter Park, FL 32789

| | |
|---|---|
| **CLAIMANT:** | **Mr. Daniel Patrick Knight**<br>**Date of Birth:** ███ **1983**<br>**Date of Death: 02/19/2022**<br>**Social Security Number:** ████████ |
| **CONSORTIUM CLAIMANT:** | **Representative of Estate: Mellisa Ann Cruz**<br>**Date of Birth** ███ **1959** |
| **DATE & TIME OF INCIDENT:** | **February 19, 2022, starting at 9:39 p.m. (EST)** |
| **PLACE OF INCIDENT:** | **Winter Park Events Center**<br>**1050 W. Morse Blvd.**<br>**Winter Park, FL 32789** |



To whom it may concern:

This letter is to inform you that our firm represents Mellisa Ann Cruz, Personal Representative of the Estate of Mr. Daniel Patrick Knight (deceased), with regard to her claims against the City of Winter Park, and is intended, pursuant to Chapter 768, Florida Statutes, as formal Notice of Intent to Initiate Litigation for wrongful death, physical injuries, psychological injuries, emotional distress, violation of Mr. Knights' civil rights, and for any other civil claim available to Mr. Knight.

On February 19, 2022, Mr. Knight attended a wedding and reception at the Winter Park Events Center located at 1050 W. Morse Boulevard, Winter Park, Florida, when he was tased by an officer of the Winter Park Police Department and then fatally shot by Winter Park Police Department Sergeant Kenton Talton. This officer's use of force was extremely excessive, unwarranted, and unnecessary.

Mr. Knight had exited the Winter Park Events Center and was confronted by members of the Winter Park Police Department at approximately 9:42 p.m. (EST). At 9:45 p.m. (EST), Mr. Knight was on the ground as members of the wedding party attempted to resuscitate him. Mr. Knight was unarmed and posed no threat of harm or danger to the Winter Park Police Officers on the scene. Mr. Knight was tased and then shot multiple times by Sergeant Talton. Mr. Knight died as a result of those gunshot wounds.

The actions of the Winter Park Police Department officers have caused irreparable damage to Mr. Knight and his family, including, but not limited to, physical injuries, emotional distress, and psychological injuries, for which he intends to file suit against the City of Winter Park and the Winter Park Police Department, in a court of competent jurisdiction.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 7th day of March 2022.**

*Farnita Saunders Hill*

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 W. Vine Street
Suite 1200
Lexington, KY 40507
Attorneys for Plaintiff



CERTIFIED MAIL

MORGAN & MORGAN
FORTHEPEOPLE.COM

313 North Monroe Street
Suite 401
Tallahassee, FL 32301

7021 2720 0002 6281 8415

City of Winter Park
City Hall
401 South Park Avenue
Winter Park, FL 32789

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITY OF WINTER PARK
CITY HALL
401 SOUTH PARK AVENUE
WINTER PARK, FL 32789

9590 9402 6484 0346 3908 32

2. Article Number *(transfer from service label)*

7021 2720 0002 6281 8415

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7021 2720 0002 6281 841

Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

Sent To
City of Winter Park
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

April 20, 2022

**VIA CERTIFIED MAIL NO.:  7021 2720 0002 6281 8460 to City of Winter Park Mayor**

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**

#12487667

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines Street
Tallahassee, FL  32314

Office of the State Attorney
Ninth Judicial Circuit
Attn: State Attorney, Monique H. Worrell
415 N. Orange Avenue
Orlando, FL 32801

Florida Department of Law Enforcement
Attention:  General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

City of Winter Park
City Hall
401 South Park Avenue
Winter Park, FL 32789

City of Winter Park
Attention:  Mayor Phil Anderson
City Hall
401 South Park Avenue
Winter Park, FL 32789

**CLAIMANT:**   **Mr. Daniel Patrick Knight**
**Date of Birth:** ██████ 1983
**Date of Death: 02/19/2022**
**Social Security Number:** ████████

**CONSORTIUM CLAIMANT:**   **Representative of Estate: Mellisa Ann Cruz**
**Date of Birth:** █████ 1959

**DATE & TIME OF INCIDENT:**   **February 19, 2022, starting at 9:39 p.m. (EST)**

**PLACE OF INCIDENT:**   **Winter Park Events Center**
**1050 W. Morse Blvd.**
**Winter Park, FL 32789**



To whom it may concern:

This letter is to inform you that our firm represents Mellisa Ann Cruz, Personal Representative of the Estate of Mr. Daniel Patrick Knight (deceased), with regard to her claims against the City of Winter Park, and is intended, pursuant to Chapter 768, Florida Statutes, as formal Notice of Intent to Initiate Litigation for wrongful death, physical injuries, psychological injuries, emotional distress, violation of Mr. Knights' civil rights, and for any other civil claim available to Mr. Knight.

On February 19, 2022, Mr. Knight attended a wedding and reception at the Winter Park Events Center located at 1050 W. Morse Boulevard, Winter Park, Florida, when he was tased by an officer of the Winter Park Police Department and then fatally shot by Winter Park Police Department Sergeant Kenton Talton.  This officer's use of force was extremely excessive, unwarranted, and unnecessary.

Mr. Knight had exited the Winter Park Events Center and was confronted by members of the Winter Park Police Department at approximately 9:42 p.m. (EST).  At 9:45 p.m. (EST), Mr. Knight was on the ground as members of the wedding party attempted to resuscitate him.  Mr. Knight was unarmed and posed no threat of harm or danger to the Winter Park Police Officers on the scene. Mr. Knight was tased and then shot multiple times by Sergeant Talton.  Mr. Knight died as a result of those gunshot wounds.

The actions of the Winter Park Police Department officers have caused irreparable damage to Mr. Knight and his family, including, but not limited to, physical injuries, emotional distress, and psychological injuries, for which he intends to file suit against the City of Winter Park and the Winter Park Police Department, in a court of competent jurisdiction.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 7th day of March 2022.**

*Farnita Saunders Hill*

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 W. Vine Street
Suite 1200
Lexington, KY  40507
Attorneys for Plaintiff

CERTIFIED MAIL



MORGAN & MORGAN
FOR THE PEOPLE.COM

313 North Monroe Street
Suite 401
Tallahassee, FL 32301

7021 2720 0002 b281 8460

City of Winter Park
Attention: Mayor Phil Anderson
City Hall
401 South Park Avenue
Winter Park, FL 32789





April 20, 2022

**VIA CERTIFIED MAIL NO.:  7021 2720 0002 6281 8446 to FDLE**

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**

#12487667

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines Street
Tallahassee, FL  32314

Office of the State Attorney
Ninth Judicial Circuit
Attn: State Attorney, Monique H. Worrell
415 N. Orange Avenue
Orlando, FL 32801

Florida Department of Law Enforcement
Attention:  General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

City of Winter Park
City Hall
401 South Park Avenue
Winter Park, FL 32789

City of Winter Park
Attention:  Mayor Phil Anderson
City Hall
401 South Park Avenue
Winter Park, FL 32789

| | |
|---|---|
| **CLAIMANT:** | **Mr. Daniel Patrick Knight**<br>**Date of Birth:** ███ **1983**<br>**Date of Death:  02/19/2022**<br>**Social Security Number:** ██████ |
| **CONSORTIUM CLAIMANT:** | **Representative of Estate: Mellisa Ann Cruz**<br>**Date of Birth:** ████ **1959** |
| **DATE & TIME OF INCIDENT:** | **February 19, 2022, starting at 9:39 p.m. (EST)** |
| **PLACE OF INCIDENT:** | **Winter Park Events Center**<br>**1050 W. Morse Blvd.**<br>**Winter Park, FL 32789** |



To whom it may concern:

This letter is to inform you that our firm represents Mellisa Ann Cruz, Personal Representative of the Estate of Mr. Daniel Patrick Knight (deceased), with regard to her claims against the City of Winter Park, and is intended, pursuant to Chapter 768, Florida Statutes, as formal Notice of Intent to Initiate Litigation for wrongful death, physical injuries, psychological injuries, emotional distress, violation of Mr. Knights' civil rights, and for any other civil claim available to Mr. Knight.

On February 19, 2022, Mr. Knight attended a wedding and reception at the Winter Park Events Center located at 1050 W. Morse Boulevard, Winter Park, Florida, when he was tased by an officer of the Winter Park Police Department and then fatally shot by Winter Park Police Department Sergeant Kenton Talton.  This officer's use of force was extremely excessive, unwarranted, and unnecessary.

Mr. Knight had exited the Winter Park Events Center and was confronted by members of the Winter Park Police Department at approximately 9:42 p.m. (EST).  At 9:45 p.m. (EST), Mr. Knight was on the ground as members of the wedding party attempted to resuscitate him.  Mr. Knight was unarmed and posed no threat of harm or danger to the Winter Park Police Officers on the scene.  Mr. Knight was tased and then shot multiple times by Sergeant Talton.  Mr. Knight died as a result of those gunshot wounds.

The actions of the Winter Park Police Department officers have caused irreparable damage to Mr. Knight and his family, including, but not limited to, physical injuries, emotional distress, and psychological injuries, for which he intends to file suit against the City of Winter Park and the Winter Park Police Department, in a court of competent jurisdiction.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 7th day of March 2022.**

Farnita Saunders Hill

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 W. Vine Street
Suite 1200
Lexington, KY  40507
Attorneys for Plaintiff

**MORGAN & MORGAN**
FOR THE PEOPLE.COM

313 North Monroe Street
Suite 401
Tallahassee, FL 32301

CERTIFIED MAIL

7021 2720 0002 6281 8446

Florida Department of Law Enforcement
Attention:  General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

# 12487667

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Florida Department of Law Enforcement
Attention: General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

9590 9402 6484 0346 3908 01

2. Article Number (Transfer from service label)

7021 2720 0002 6281 8446

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  FDLE  4/20/22

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0002 6281 8446



April 20, 2022

<u>**VIA CERTIFIED MAIL NO.:  7021 2720 0002 6281 8439 to State Attorney**</u>

<u>**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**</u>

#12487667

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines Street
Tallahassee, FL  32314

Office of the State Attorney
Ninth Judicial Circuit
Attn: State Attorney, Monique H. Worrell
415 N. Orange Avenue
Orlando, FL 32801

Florida Department of Law Enforcement
Attention:  General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

City of Winter Park
City Hall
401 South Park Avenue
Winter Park, FL 32789

City of Winter Park
Attention:  Mayor Phil Anderson
City Hall
401 South Park Avenue
Winter Park, FL 32789

**CLAIMANT:**            **Mr. Daniel Patrick Knight**
                         **Date of Birth: ███ 1983**
                         **Date of Death:  02/19/2022**
                         **Social Security Number: ████**

**CONSORTIUM CLAIMANT:**  **Representative of Estate: Mellisa Ann Cruz**
                          **Date of Birth: ███ 1959**

**DATE & TIME OF INCIDENT:**  **February 19, 2022, starting at 9:39 p.m. (EST)**

**PLACE OF INCIDENT:**        **Winter Park Events Center**
                             **1050 W. Morse Blvd.**
                             **Winter Park, FL 32789**



To whom it may concern:

This letter is to inform you that our firm represents Mellisa Ann Cruz, Personal Representative of the Estate of Mr. Daniel Patrick Knight (deceased), with regard to her claims against the City of Winter Park, and is intended, pursuant to Chapter 768, Florida Statutes, as formal Notice of Intent to Initiate Litigation for wrongful death, physical injuries, psychological injuries, emotional distress, violation of Mr. Knights' civil rights, and for any other civil claim available to Mr. Knight.

On February 19, 2022, Mr. Knight attended a wedding and reception at the Winter Park Events Center located at 1050 W. Morse Boulevard, Winter Park, Florida, when he was tased by an officer of the Winter Park Police Department and then fatally shot by Winter Park Police Department Sergeant Kenton Talton. This officer's use of force was extremely excessive, unwarranted, and unnecessary.

Mr. Knight had exited the Winter Park Events Center and was confronted by members of the Winter Park Police Department at approximately 9:42 p.m. (EST). At 9:45 p.m. (EST), Mr. Knight was on the ground as members of the wedding party attempted to resuscitate him. Mr. Knight was unarmed and posed no threat of harm or danger to the Winter Park Police Officers on the scene. Mr. Knight was tased and then shot multiple times by Sergeant Talton. Mr. Knight died as a result of those gunshot wounds.

The actions of the Winter Park Police Department officers have caused irreparable damage to Mr. Knight and his family, including, but not limited to, physical injuries, emotional distress, and psychological injuries, for which he intends to file suit against the City of Winter Park and the Winter Park Police Department, in a court of competent jurisdiction.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 7th day of March 2022.**

*Farnita Saunders Hill*

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 W. Vine Street
Suite 1200
Lexington, KY 40507
Attorneys for Plaintiff



MORGAN & MORGAN
FOR THE PEOPLE.COM

313 North Monroe Street
Suite 401
Tallahassee, FL 32301

CERTIFIED MAIL

7021 2720 0002 6281 8439

Office of the State Attorney
Ninth Judicial Circuit
Attn: State Attorney, Monique H. Worrell
415 N. Orange Avenue
Orlando, FL 32801





April 20, 2022

**VIA CERTIFIED MAIL NO.:  7021 2720 0002 6281 8453 to Winter Park Police Dept.**

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28 (6)**

#12487667

Chief Financial Officer
Department of Financial Services
State of Florida
200 E. Gaines Street
Tallahassee, FL  32314

Office of the State Attorney
Ninth Judicial Circuit
Attn: State Attorney, Monique H. Worrell
415 N. Orange Avenue
Orlando, FL 32801

Florida Department of Law Enforcement
Attention:  General Counsel
P.O. Box 1489
Tallahassee, FL 32302-1489

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

City of Winter Park
City Hall
401 South Park Avenue
Winter Park, FL 32789

City of Winter Park
Attention:  Mayor Phil Anderson
City Hall
401 South Park Avenue
Winter Park, FL 32789

**CLAIMANT:**              **Mr. Daniel Patrick Knight**
                          **Date of Birth:** ▮▮▮▮1983
                          **Date of Death: 02/19/2022**
                          **Social Security Number:** ▮▮▮▮▮▮

**CONSORTIUM CLAIMANT:**   **Representative of Estate: Mellisa Ann Cruz**
                          **Date of Birth** ▮▮▮▮1959

**DATE & TIME OF INCIDENT:**   **February 19, 2022, starting at 9:39 p.m. (EST)**

**PLACE OF INCIDENT:**         **Winter Park Events Center**
                              **1050 W. Morse Blvd.**
                              **Winter Park, FL 32789**



To whom it may concern:

This letter is to inform you that our firm represents Mellisa Ann Cruz, Personal Representative of the Estate of Mr. Daniel Patrick Knight (deceased), with regard to her claims against the City of Winter Park, and is intended, pursuant to Chapter 768, Florida Statutes, as formal Notice of Intent to Initiate Litigation for wrongful death, physical injuries, psychological injuries, emotional distress, violation of Mr. Knights' civil rights, and for any other civil claim available to Mr. Knight.

On February 19, 2022, Mr. Knight attended a wedding and reception at the Winter Park Events Center located at 1050 W. Morse Boulevard, Winter Park, Florida, when he was tased by an officer of the Winter Park Police Department and then fatally shot by Winter Park Police Department Sergeant Kenton Talton.  This officer's use of force was extremely excessive, unwarranted, and unnecessary.

Mr. Knight had exited the Winter Park Events Center and was confronted by members of the Winter Park Police Department at approximately 9:42 p.m. (EST).  At 9:45 p.m. (EST), Mr. Knight was on the ground as members of the wedding party attempted to resuscitate him.  Mr. Knight was unarmed and posed no threat of harm or danger to the Winter Park Police Officers on the scene. Mr. Knight was tased and then shot multiple times by Sergeant Talton.  Mr. Knight died as a result of those gunshot wounds.

The actions of the Winter Park Police Department officers have caused irreparable damage to Mr. Knight and his family, including, but not limited to, physical injuries, emotional distress, and psychological injuries, for which he intends to file suit against the City of Winter Park and the Winter Park Police Department, in a court of competent jurisdiction.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 7th day of March 2022.**

*Farnita Saunders Hill*

Farnita Saunders Hill, Esquire
FBN: 1012158
Morgan & Morgan, P.A.
333 W. Vine Street
Suite 1200
Lexington, KY  40507
Attorneys for Plaintiff

MORGAN & MORGAN
FORTHEPEOPLE.COM
313 North Monroe Street
Suite 401
Tallahassee, FL 32301

CERTIFIED MAIL

7021 2720 0002 6281 8453

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Winter Park Police Department
Attn: Timothy Volkerson, Chief of Police
500 North Virginia Avenue
Winter Park, FL 32789

9590 9402 6484 0346 3907 95

2. Article Number (Transfer from service label)

7021 2720 0002 6281 8453

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postmark Here
Postage
$
Total Postage and Fees
$
Sent To WPPD Chief 4/20/22
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 2720 0002 6281 8453