UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELLISA CRUZ, as Personal Representative of the Estate of DANIEL P. KNIGHT,

Plaintiff,

v.

CITY OF WINTER PARK, a Florida Municipality; CITY OF WINTER PARK POLICE CHIEF TIMOTHY VOLKERSON, in his official capacity; SERGEANT KENTON TALTON, in his individual capacity; and OFFICER CRAIG CAMPBELL, in his individual capacity,

Defendants.
_____/

Case No. 6:24-cv-00336-RBD-LHP

## MEDIATION DISPOSITION REPORT

A pre-suit mediation on the above matter was conducted on 04/16/2024. The conference resulted in an impasse.

Dated 06/25/2024

Respectfully submitted,
Stephen C. Sawicki, Mediator
501 North Orlando Avenue, 313-306
Winter Park, Florida 32789
Phone: 407-843-1994
Email: Sawicki@Sawickiadr.com
By: /s/ Stephen C. Sawicki
Stephen C. Sawicki, Esq.
Florida Bar No. 240419