UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No: 6:24-cv-00336-RBD-LHP

MELLISA CRUZ, as Personal Representative of the Estate of DANIEL P. KNIGHT,

Plaintiff,

v.

CITY OF WINTERPARK, a Florida municipality; CITY OF WINTER PARK POLICE CHIEF TIMOTHY VOLKERSON, in his official capacity; SERGEANT KENTON TALTON, in his individual capacity; and OFFICER CRAIG CAMPBELL, in his individual capacity.

Defendants.

### PLAINTIFF MELLISA CRUZ'S STIPULATION OF DISMISAL AS TO DEFENDANT SERGEANT KENTON TALTON

Plaintiff **Mellisa Cruz**, as Personal Representative of the Estate of Daniel P. Knight and Defendants **City of Winter Park**, **City of Winter Park Police Chief Timothy Volkerson, Sergeant Kenton Talton,** and **Officer Craig Campbell**, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with prejudice as to all of Plaintiff's claims against Defendant **Sergeant Kenton Talton**, with all parties bearing their own attorney's fees, expenses, and costs as to Plaintiff's claims against Sergeant Kenton Talton.

Dated: May 13, 2024.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Paul M. Aloise Jr.* | */s/ Frank M. Mari* |
| **Guy Bennett Rubin, Esq.** | **Frank M. Mari, Esq.** |
| Florida Bar No. 691305 | Florida Bar No. 93243 |
| **Paul M. Aloise, Jr., Esq.** | Tessitore Mari Scott, PLLC |
| Florida Bar No. 127483 | 1485 International Parkway, Suite 2031 |
| Rubin & Rubin | Lake Mary, FL 32746 |
| 2055 S. Kanner Hwy. | Telephone: (321) 363-1634 |
| Stuart, FL 34994 | Facsimile: (321) 319-9095 |
| Telephone: (772) 283-2004 | Primary email: fmari@tessmari.com |
| Facsimile: (772) 283-2009 | Secondary email: ihaines@tessmari.com |
| grubin@rubinandrubin.com | *Attorney for Defendant City of Winter Park and Defendant City of Winter Park Police Chief Timothy Volkerson* |
| paloise@rubinandrubin.com | |
| service@rubinandrubin.com | |
| *Attorneys for Plaintiffs* | |

*/s/ Joshua B. Walker*
**Joshua B. Walker, Esq.**
Florida Bar No. 0047614
Walker, Revels, Greninger, PLLC
189 S. Orange Ave., Ste. 1600
Orlando, FL 32801
Telephone: (407) 789-1830
Facsimile: (321) 251-2990
jwalker@wrg.law
asands@wrg.law
*Attorney for Defendants Sergeant Kenton Talton and Officer Craig Campbell*