UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No: 6:24-cv-00336-RBD-LHP

**MELLISA CRUZ, as Personal Representative of the Estate of DANIEL P. KNIGHT,**

Plaintiff,

v.

**CITY OF WINTERPARK, a Florida municipality; CITY OF WINTER PARK POLICE CHIEF TIMOTHY VOLKERSON, in his official capacity; SERGEANT KENTON TALTON, in his individual capacity.**

Defendants.

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a) of the Middle District of Florida, Plaintiff **Mellisa Cruz**, as Personal Representative of the Estate of Daniel P. Knight, and Defendants **City of Winter Park** and **City of Winter Park Police Chief Timothy Volkerson** hereby give notice to the Court that the parties have reached a settlement agreement.

The parties will file a Stipulation of Dismissal once they have executed the written settlement documents. The parties anticipate finalizing the settlement agreement and filing a stipulation of dismissal within 30 (thirty) days. The parties respectfully request that the court stay all pending deadlines and take other appropriate action pending finalization of the settlement, if deemed necessary.

Date: May 13, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Paul M. Aloise Jr.* | */s/ Frank M. Mari* |
| **Guy Bennett Rubin, Esq.** | **Frank M. Mari, Esq.** |
| Florida Bar No. 691305 | Florida Bar No. 93243 |
| **Paul M. Aloise, Jr., Esq.** | Tessitore Mari Scott, PLLC |
| Florida Bar No. 127483 | 1485 International Parkway, Suite 2031 |
| RUBIN & RUBIN | Lake Mary, FL 32746 |
| 2055 S. Kanner Hwy. | Telephone: (321) 363-1634 |
| Stuart, FL 34994 | Facsimile: (321) 319-9095 |
| Telephone: (772) 283-2004 | Primary email: fmari@tessmari.com |
| Facsimile: (772) 283-2009 | Secondary email: ihaines@tessmari.com |
| grubin@rubinandrubin.com | Attorney for Defendant City of Winter Park and Defendant City of Winter Park Police Chief Timothy Volkerson |
| paloise@rubinandrubin.com | |
| service@rubinandrubin.com | |
| *Attorneys for Plaintiffs* | |