UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELLISA CRUZ,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 6:24-cv-336-RBD-LHP

CITY OF WINTER PARK; TIMOTHY VOLKERSON; and KENTON TALTON,

    Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the filing of the Stipulation of Dismissal as to Defendant, Kenton Talton. (Doc. 57.) The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that Plaintiff Mellisa Cruz's individual claims and action against Defendant Kenton Talton are hereby **DISMISSED WITH PREJUDICE**. The clerk is **DIRECTED** to terminate Kenton Talton as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 19, 2025.



ROY B. DALTON, JR.
United States District Judge