# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MELLISA CRUZ,

    Plaintiff,

v.                                                  Case No: 6:24-cv-336-RBD-LHP

CITY OF WINTER PARK; TIMOTHY VOLKERSON; and KENTON TALTON,

    Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on May 13, 2025 (Doc. 58), indicating that this case has settled as to Defendants Timothy Volkerson and City of Winter Park. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE** as to **Defendants Timothy Volkerson and City of Winter Park** only, subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot, and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 19, 2025.

ROY B. DALTON, JR.
United States District Judge